FREEHILL, HOGAN & MAHAR, LLP
80 Pine Street
New York, NY 10005
(212) 425-1900
Patrick J. Bonner (PB3352)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
THOMAS WILLOUGHBY

                                 08 Civ. 4850 (LAK)

              Plaintiff,

-against-                       **RULE 7.1 STATEMENT**

KOSNAC FLOATING DERRICK CORP.

              Defendant
-------------------------------------------------------X

      Defendant Kosnac Floating Derrick Corp. by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel certifies that Defendant is not a publicly traded entities and no publicly held company owns 10% or more of their stock.

July 18, 2008

                                        FREEHILL, HOGAN & MAHAR, LLP
                                        Attorneys for Defendant
                                        Kosnac Floating Derrick Corp.

                      By: _____
                             Patrick J. Bonner
                             80 Pine Street
                             New York, NY 10005
                             (212) 425 1900

Of Counsel:
Friedman, James & Buchsbaum LLP
Attorneys for Plaintiff
132 Nassau Street
Suite 900
New York, New York 10038

NYDOCS1/308949.1