*Kaplan, J*

**FRIEDMAN, JAMES & BUCHSBAUM LLP**
Attorneys for Plaintiff
132 Nassau Street, Suite 900
New York, NY 10038
(212) 233-9385
JJ-8110

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

THOMAS WILLOUGHBY,

        Plaintiff,

    -against-                         08-cv-04850 (LAK)

KOSNAC FLOATING DERRICK CORP.,

        Defendant.
------------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/19/08

## CONSENT SCHEDULING ORDER

Upon consent of the parties, it is hereby

**ORDERED** as follows:

1.   No additional parties may be joined after **9/12/08**.

2.   No amendments to the pleadings will be permitted after **9/12/08**.

3.   The parties shall make required Rule 26(a)(2) disclosures with respect to:

    (a)   expert witnesses on or before **12/1/08**;

    (b)   rebuttal expert witnesses on or before **1/5/09**.

4.   All discovery, including any depositions of experts, shall be completed on or before **1/28/09**.

5.   A joint pretrial order in the form prescribed in Judge Kaplan's individual rules shall be filed on or before **2/11/09**.

6.   No motion for summary judgment shall be served after the deadline fixed for submission of the pretrial order. The filing of a motion for summary judgment does not relieve the parties of the obligation to file the pretrial order on time.

7. If any party claims a right to trial by jury, proposed *voir dire* questions and jury instructions shall be filed with the joint pretrial order.

8. Each party or group of parties aligned in interest shall submit not less than ten (10) days prior to trial (a) a trial brief setting forth a summary of its contentions and dealing with any legal and evidentiary problems anticipated at rial, and (b) any motions *in limine*.

9. This scheduling order may be altered or amended only on a showing of good cause not foreseeable at the date hereof. Counsel should not assume that extensions will be granted as a matter of routine.

Dated: New York, NY
August 18, 2008

_____
~~LEWIS A. KAPLAN~~ Paul A. Crotty
United States District Judge

Part I

**CONSENTED TO:**

FRIEDMAN, JAMES & BUCHSBAUM LLP
Attorneys for Plaintiff

By: _____
John P. James (JJ-8110)
132 Nassau Street, Suite 900
New York, NY 10038
(212) 233-9385
jjames@friedmanjames.com


FREEHILL, HOGAN & MAHAR, LLP
Attorneys for Defendant

By: _____
Patrick J. Bonner (PB-3352)
80 Pine Street
New York, NY 10005
(212) 425-1900
bonner@freehill.com

2